UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| EVELYN MOREAU | CIVIL ACTION NO. 04-2433-A |
| -vs- | JUDGE DRELL |
| COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation suggesting the final decision of the Commissioner be affirmed and Plaintiff's Complaint be denied. (Document No. 7.) After reviewing the entire file in this matter, including the written objections, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Report and Recommendation.

The Court further observes that the hypothetical questions the Administrative Law Judge posed to the Vocational Expert are supported by the substance of Dr. Wakefield's December 4, 2001 report (Exhibit 9F) and the other medical evidence of record.

Accordingly, IT IS ORDERED that the decision of the Commissioner is AFFIRMED, Plaintiff's application for Supplemental Security Income payments is DENIED, and Plaintiff's claim is DISMISSED WITH PREJUDICE.

SIGNED on this 31st day of October, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge